**Exhibit A to the Complaint**

**Location:** Bloomfield, NJ  
**Total Works Infringed:** 27  

**IP Address:** 100.1.17.15  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: CF3E9CA103806038AE6E53BF5F80CFD5035EA0E7<br>File Hash: BA76A7FB4DD3D4C5FCFD8BD539AC282712CB8B14F8D9EB1E85C1D41DBA256E4F | 11-08-2021 03:10:21 | Vixen | 11-05-2021 | 11-11-2021 | PA0002321282 |
| 2 | Info Hash: DC1E6B6B859858F18C13DA01399171E5E91C197F<br>File Hash: D787A99B81D43374C14F4D77E90C79DAA308918684AEA6AAFF8034782DF0B8CD | 11-08-2021 03:09:24 | Vixen | 06-25-2021 | 08-20-2021 | PA0002312014 |
| 3 | Info Hash: 364B14213B25C568DC2738ABC8D0D7D24A732C66<br>File Hash: 2A65861EFFD4883A6E7D2BB0FB6C522E8CD13C4DCA44AC678CA117575398970A | 11-08-2021 03:07:01 | Vixen | 06-11-2021 | 06-24-2021 | PA0002303166 |
| 4 | Info Hash: E81795099F3C763D4F551E61D3AF8C4CC82CEB25<br>File Hash: 7B9DD76524E79451FD9E661DB0EFD75F73281A90A542D37C887061C449A000C6 | 11-08-2021 03:03:13 | Blacked | 06-12-2021 | 07-08-2021 | PA0002300659 |
| 5 | Info Hash: 9C6E7D679DAFE438ADB0BAD7B7EE28CC85A79A22<br>File Hash: 3983D46433A461229C970FA8F6B0E7D5FBFCB1D106C73DC68EC438BE5A24453F | 11-08-2021 03:02:18 | Blacked Raw | 05-31-2021 | 06-15-2021 | PA0002296925 |
| 6 | Info Hash: 74964D3B38DB0C336AE21C64536CCC10081EBDDF<br>File Hash: 296984FF61F9590FBD6049CF61271D6BFAE9D17CD3D76DAA5B4CAFD611B822C4 | 11-08-2021 03:02:03 | Blacked Raw | 06-28-2021 | 07-08-2021 | PA0002300664 |
| 7 | Info Hash: EC00FFAEB7CC385E38CDAB31AB08085474396AAF<br>File Hash: CA499D8AE991F77A1506CAD2C3E541CC6B0F48A13ADC51BC1A5DEA140B44265D | 11-08-2021 03:01:57 | Blacked Raw | 06-14-2021 | 08-02-2021 | PA0002305094 |
| 8 | Info Hash: 98CA46C3DC44559D7B227F2E8B84CF16743E1E89<br>File Hash: B705E121AAB5AAF08FFB7563ACDAFD05E3535715234FA948BB1A8A9AFB4A8B47 | 11-08-2021 02:56:03 | Blacked Raw | 06-07-2021 | 06-15-2021 | PA0002296926 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 09062EB84D48B8D4625A0A3B86E851A64B200E52<br>File Hash: 57CB71074CE56964606BFC0769C42F98B94F7F580D9E2B2A27DDC51AB921F7D5 | 11-08-2021 02:55:44 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 10 | Info Hash: 18A7AD8610833AE3508F27F4E34C065D796FEAEB<br>File Hash: 23A420F6C79F32A04A12C2BE7A97437DF9614FB3A4EDBC89C745B97FA2EB5BE5 | 11-08-2021 02:55:42 | Blacked Raw | 06-21-2021 | 07-08-2021 | PA0002300661 |
| 11 | Info Hash: 5029C453454EB441DBCE3309353F8A37540142FC<br>File Hash: D294A9AD2AA3888AE44DB63505DB1284E5D1E2E9D756CB3346D93BF7C2C9F9D6 | 11-06-2021 04:43:42 | Blacked | 08-14-2021 | 08-23-2021 | PA0002308398 |
| 12 | Info Hash: 7C166A6E0FF452EE3843E19197565A37B843431A<br>File Hash: AF8CEC9F32A1F7274D3443EC9C716D2DA51BB8CF03FAE0FFE3A75DE238E618C1 | 11-06-2021 04:43:19 | Blacked Raw | 07-12-2021 | 09-21-2021 | PA0002312676 |
| 13 | Info Hash: 27F711CD1E984692EFDAC08F768C0A058D9863BE<br>File Hash: F0E7F2B2D51DFA0C4376CD8AF9101332172F54BC9879EEE817641C784863E199 | 11-06-2021 04:43:07 | Blacked | 09-04-2021 | 09-21-2021 | PA0002312679 |
| 14 | Info Hash: B8AC373F129DC3F69B25C0ECA1C8982EC6326C10<br>File Hash: AE6193A296A04E79260C32E1746A2BD5CCE6BF7F5A778EB0538F5B65B5EAE2D4 | 11-06-2021 04:43:01 | Blacked Raw | 08-02-2021 | 08-23-2021 | PA0002308428 |
| 15 | Info Hash: 856E12C24229D92CB46E097F4CA0B479F572EC53<br>File Hash: 8D6CBDC2812A73B37EE9D2EC29EDC583C7D4EE351A82B76AED1267FDE0202E09 | 11-06-2021 04:42:55 | Blacked Raw | 09-06-2021 | 09-21-2021 | PA0002312674 |
| 16 | Info Hash: 1494CEA8CDC75CDADDB2BEE7269D14B83E029F06<br>File Hash: 06B7084D1E8EC9E59CF7AB8EF9E2AA97A89A7C4E67457BEFB3EEA34302ADD306 | 11-06-2021 04:40:37 | Blacked Raw | 11-01-2021 | 11-11-2021 | PA0002321320 |
| 17 | Info Hash: 7FF31BAE159F522447D023CD6FC27CA0C3E4EE35<br>File Hash: 3C4C82D316C5F8DC31AC46F754A6847B902597E7145CDCB0F990567B216A07BB | 06-28-2021 22:06:35 | Blacked | 05-29-2021 | 07-08-2021 | PA0002300658 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 09FECD5ECA9A50DF2EEF37504906BB4E0E939D50<br>File Hash: 832A6155E356BCAC4BD4D3EBF6F3E20F839ED923A3020E129C2241CBDF90FBE6 | 06-28-2021 22:03:58 | Blacked | 02-13-2021 | 02-26-2021 | PA0002283713 |
| 19 | Info Hash: 7C93D49BCF6C18EEE5D98DF9770C81E1F2D40F9E<br>File Hash: B54FEBE5357160BFAC26D82CD37BD4A69F3044507B45790BFFBFDB51D5376B9C | 06-28-2021 21:52:11 | Blacked | 04-24-2021 | 04-27-2021 | PA0002288981 |
| 20 | Info Hash: C3FB7277333208A9A5A6875DFC848D49EBF63316<br>File Hash: 62B9ECD5B5E4215A3A277FABECFAD4106237E5194C3DC0491B94AF579227FACE | 06-28-2021 21:51:33 | Blacked | 03-27-2021 | 04-27-2021 | PA0002288945 |
| 21 | Info Hash: F1ADA4B152635E374CB02CBB2734821C1EBA0FEA<br>File Hash: 02AD89DB00967266D1A58564DDB8DDFF0473A5FF9E19DC0A69AAF10B6DEB6F4F | 06-28-2021 21:51:16 | Blacked | 04-10-2021 | 06-09-2021 | PA0002295605 |
| 22 | Info Hash: 977EF2D88F629A1A1C561A9DC040CD654B348E66<br>File Hash: F3544C96F7762233FF0181A3A5E91B517F1A8538D7BA401E805DB6C974C158D9 | 06-28-2021 21:40:50 | Vixen | 04-09-2021 | 06-03-2021 | PA0002299683 |
| 23 | Info Hash: F79ED94190ADC5734573AA4A13934FF9627357CD<br>File Hash: D1EE25645FFFE8CB3A087B21142C117B49FF62A9524BE31CFEC31B956B960361 | 06-28-2021 21:39:51 | Vixen | 04-16-2021 | 06-09-2021 | PA0002295602 |
| 24 | Info Hash: EAFFC4AF758749CA06B41D83162652ECC6AD6085<br>File Hash: FB353E4A109C89425834A36C41FCB0BFBBB32F67D9AD8E1B6F619A1E7A099F56 | 06-28-2021 21:39:46 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |
| 25 | Info Hash: 59E14F351794DF82C65C3B2800783CFB31F6D81E<br>File Hash: 0B0721380D8B6910C5F2B6F11CEF5D0BD63D0506B4909ACF0050F97FF76B81DA | 06-28-2021 21:36:37 | Vixen | 05-28-2021 | 08-02-2021 | PA0002305093 |
| 26 | Info Hash: 5074C2974BEEE4C29A37A97A36A0BAA967E2068B<br>File Hash: DDC356584BD7A6755BB1D90C852012BA166C42EC9F91C406AA9006F34FCAE32D | 06-28-2021 21:34:34 | Vixen | 06-04-2021 | 06-24-2021 | PA0002303620 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 5A443D013A7143212C1C9506ACA62C1B071510CD<br>File Hash: 006871CCC927116E43461AA9F16B177A97A4C18D440F0AA5F1A3FD6B0F9FC912 | 06-28-2021 21:33:58 | Vixen | 05-14-2021 | 06-03-2021 | PA0002299686 |